## DIPPIN' DOTS, INC. and Curt D. Jones, Plaintiffs–Appellants,

v.

Thomas R. MOSEY, Dots of Fun, International Laser Expressions, Inc. (also known as I.L.E., Inc.), Defendants–Appellees,

and

Nicholas Angus,
Defendant/Counterclaimant–Appellee,

and

Frosty Bites Distribution LLC, Frosty Bites Distributor of Florida, Inc., Frosty Bites of Georgia, Inc., Frosty Bites of Michigan, Inc., J & J Concessions of New Jersy, Inc., Frosty Bites of New York, LLC, Frosty Bites Ice Cream Development, LLC, Frosty Bites Ice Cream Company, LLC, and Frosty Bites South, Inc., Defendants–Appellees.

Nos. 04–1490, 04–1491.

United States Court of Appeals, Federal Circuit.

DECIDED: Aug. 31, 2004.

Todd E. Stockwell, Principal Attorney, Stockwell Law Office, Lexington, KY, for Plaintiff–Appellant.

John P. Fry, Principal Attorney, Alston & Bird, Atlanta, GA, Robert G. Oake, Jr., Principal Attorney, Law Office, Allen, TX, for Counterclaim Defendant–Appellee.

Maureen F. Del Duca, Principal Attorney, Jenner & Block, Washington, DC, for Defendant–Appellee.

## ON MOTION

## *ORDER*

Upon consideration of Dippin' Dots, Inc. et al.'s motion to dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.